No. 93–609. MORGAN STANLEY & CO., INC., ET AL. v. PACIFIC MUTUAL LIFE INSURANCE CO. ET AL., 511 U. S. 658. Petition for rehearing denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 93–8226. FORD v. ALABAMA, 511 U. S. 1078;

No. 93–8405. CODE v. LOUISIANA, 511 U. S. 1100; and

No. 93–8736. CONKLIN v. ZANT, WARDEN, 511 U. S. 1100. Petitions for rehearing denied. JUSTICE BLACKMUN dissents from the denial of rehearing. He would grant the petitions for rehearing, grant the petitions for certiorari, and vacate petitioners' death sentences. See Callins v. Collins, 510 U. S. 1141, 1143 (1994).

No. 93–8289. TRAUNIG v. DEPARTMENT OF VETERANS AFFAIRS, 511 U. S. 1044; and

No. 93–8615. DOWELL v. WRIGHT ET AL., 511 U. S. 1077. Motions for leave to file petitions for rehearing denied.